# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ESTRADA ALVARADO, | NO. CV 14-1472-PA (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FOULK, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _March 25, 2014

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE